McDONALD, Respondent, v. ECUADORIAN ASS'N, Limited, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by James P. McDonald against the Ecuadorian Association, Limited. E. H. Childs, for appellant. A. C. Rounds, for respondent.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendant to

withdraw demurrer and to answer, upon payment of costs in this court and in the court below.